UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA

    - against -

THE PREMISES KNOWN AND DESCRIBED AS
(1) ONE APPLE IPHONE 4, FCC-ID NUMER
BCG-E242B; (2) ONE MOTOROLA PHONE IMEI
NUMBER 012907005594918; AND (3) ONE
SAMSUNG GALAXY S4 PHONE, IMEI
NUMBER 990003429718238
----------------------------------X

UNSEALING ORDER

14-M-003

    Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rena Paul, for an order unsealing the search warrant and affidavit in support of same in the above-captioned matter,

    WHEREFORE, it is ordered that the referenced search warrant and affidavit in support of same in the above-captioned matter be unsealed for the limited purpose of allowing the government to comply with its discovery obligations in the above-referenced matter.

Dated:    Brooklyn, New York
           August 15, 2014

                                            HONORABLE JAMES ORENSTEIN
                                            UNITED STATES MAGISTRATE JUDGE
                                            EASTERN DISTRICT OF NEW YORK